IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

MICHAEL ETHAN SMITH,      )
                               )
       Plaintiff,        )
                               )
   v.                 )      CASE NO.  1:18-CV-502-WKW
                               )           [WO]
SHERRIFF WALLY OLSON,   )
CAPTAIN RON NELSON, and  )
LIEUTENANT STEVE       )
BAXLEY,                  )
                               )
       Defendants.    )

## **ORDER**

On October 15, 2018, the Magistrate Judge filed a Recommendation to which no timely objections have been made.  (Doc. # 23.)  Upon an independent review of the record and consideration of the Recommendation, it is ORDERED that the Recommendation (Doc. # 23) is ADOPTED and Plaintiff's claims against the Defendants are DISMISSED for Plaintiff's failure to comply with the orders of this court and to prosecute this action.

Final judgment will be entered separately.

DONE this 28th day of November, 2018.

                               /s/ W. Keith Watkins
                     CHIEF UNITED STATES DISTRICT JUDGE